UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHATMAN,<br><br>   Plaintiff,<br><br> v.<br><br>CITIBANK, et al.,<br><br>   Defendants. | Case No. 18-cv-03170-JD<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. Nos. 2, 8 |

This is a civil rights case brought pro se by a state prisoner. Plaintiff presents allegations regarding an incident that occurred in Los Angeles County which is located in within the venue of the United States District Court for the Central District of California. Plaintiff is incarcerated in this district. Because the allegations occurred in the Central District and the defendants reside there, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).[1]

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's motions (Docket Nos. 2, 8) which are **VACATED**.

**IT IS SO ORDERED.**

Dated: July 19, 2018

                                 
                             JAMES DONATO
                             United States District Judge

---

[1] While it does not appear that plaintiff can proceed pursuant to 42 U.S.C. § 1983, the Central District can determine if another cause of action is appropriate.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHATMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITIBANK, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-03170-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Chatman ID: B05474
SVSP A5-143
P.O. Box 1050
Soledad, CA 93960

Dated: July 19, 2018

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By: /s/ Lisa R. Clark
　　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO